The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

| MICHAEL ANDERSON and TRACEY ANDERSON, | No.  2:16-cv-00785-RSL |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS** |
| REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, | |
| Defendant. | |

11
12
13
14
15

16    Before the Court is the Unopposed Motion for Approval of Settlement, Class Notice,

17 Service Awards, and Attorneys' Fees ("Motion") and the pertinent materials filed with that

18 motion. For good cause shown, and as more fully explained below, the Motion is GRANTED.

19 The Court ORDERS as follows:

20    1.    The Court finds that the Settlement is fair and reasonable, and therefore approves

21 the Settlement Agreement and Release attached herein as Exhibit 1;

22    2.    The Court certifies the Settlement Class pursuant to 29 U.S.C. § 216(b) for

23 settlement purposes only;

24    3.    The Court approves the Notice and Claims Form, attached to the Settlement

25 Agreement as Exhibits A and B, respectively, as well as the procedures relating to their

26 dissemination to and return by the Settlement Class;

27    4.    The Court finds that the attorneys' fees requested by Plaintiffs in the amount of

28 PLAINTIFFS' PROPOSED ORDER GRANTING UNOPPOSED
MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE,
SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS - 1
(2:16-cv-00785-RSL)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

1   $145,693 are fair and reasonable in light of the attorney time spent on the case and the result

2   achieved for the class.  Class Counsel are awarded $145,693 in fees from the class settlement

3   amount.

4        5.     The Court finds that the costs requested by Plaintiffs' Counsel in the amount of

5   $4,307 were reasonably incurred in pursuit of this action on behalf of the class.  Class Counsel

6   are awarded $4,307 in costs from the settlement amount.

7        6.     The Court finds that the service award requested by each of the Named Plaintiffs

8   in the amount of $5,000 is fair and reasonable under the circumstances of this case.  Plaintiffs

9   Tracey Anderson and Michael Anderson are each awarded $5,000 as a service award from the

10  settlement amount.

11       7.     The Court approves the Settlement Administrator's fees of $5,000 for Simpluris,

12  per the terms of the Settlement Agreement;

13       8.     The Court finds that each Party shall bear his or its own attorneys' fees and costs

14  except as otherwise provided herein;

15       9.     The Court Dismisses the Action and all Released Claims without prejudice as to

16  Named Plaintiffs and all Participating Settlement Class Members (also referred to as Eligible

17  Settlement Class Members), with such dismissal becoming a dismissal with prejudice fifteen

18  (15) business days after the lapse of the Notice Deadline, provided the payments required under

19  Section 15 of the Settlement Agreement have been made and Reed Hein does not terminate the

20  Settlement pursuant to Section 25 of the Settlement Agreement;

21       10.     The Court shall have continuing jurisdiction over the Action (including for

22  purposes of submitting the returned Settlement Consent Forms from Eligible Class Members as

23  set forth in Section 14 of the Settlement).  During the period of time in which the dismissal is

24  without prejudice, Plaintiffs may file a motion for leave to reinstate should Reed Hein either fail

25  to make payment as required under Section 15 of the Settlement or exercise its right to terminate

26  the Settlement pursuant to Section 25; and

27       11.     After the case is dismissed with prejudice, the Parties agree to submit any

28  PLAINTIFFS' PROPOSED ORDER GRANTING UNOPPOSED
MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE,
SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS - 2
(2:16-cv-00785-RSL)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

1  unresolved dispute regarding the Settlement to mediator Teresa Wakeen, and to be bound by her

2  decision as to such dispute in the event it cannot be resolved by agreement.

3

4                    **IT IS SO ORDERED.**

5  Dated: December _____, 2017.

6                                                    _____
                                                     HON. ROBERT S. LASNIK
7                                                    UNITED STATES DISTRICT COURT JUDGE

8

9

10           RESPECTFULLY SUBMITTED:  November 16, 2017.

11           *By: s/ Donald W. Heyrich*
             *By: s/ Jason A. Rittereiser*
12           *By: s/ Rachel M. Emens*

13           Donald W. Heyrich, WSBA #23091
             Jason A. Rittereiser, WSBA #43628
14           Rachel M. Emens, WSBA #49047
             **HKM EMPLOYMENT ATTORNEYS LLP**
15           600 Stewart Street, Suite 901
             Seattle, WA  98101
16           Tel: (206) 838-2504
             Fax: (206) 838-2505
17           Email: dheyrich@hkm.com
                    jrittereiser@hkm.com
18                  remens@hkm.com

19           *By: s/ Peter Stutheit*

20           Peter Stutheit, WSBA #32090
21           **STUTHEIT KALIN LLC**
             308 SW First Avenue, Suite 325
22           Portland, OR 97204
             Tel: (503) 493-7488
23           Fax: (503) 715-5670
             Email: peter@stutheitkalin.com
24

25           *Attorneys for Plaintiffs*

26

27

28  PLAINTIFFS' PROPOSED ORDER GRANTING UNOPPOSED          **HKM EMPLOYMENT ATTORNEYS LLP**
    MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE,       600 Stewart Street, Suite 901
    SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS - 3       Seattle, Washington  98101
    (2:16-cv-00785-RSL)                                    (206) 838-2504